**E-FILED 01-14-2011**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINDA PODA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DOWNEY SAVINGS BANK & LOAN ASSOCIATION, FA, a Business Entity, form unknown; STEWART TITLE OF CALIFORNIA, a Business Entity, form unknown; UNKNOWN MORTGAGE BROKER, a Business Entity, form unknown; and DOES 1-10, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C10-04678 HRL<br><br>**ORDER (1) SETTING DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; (2) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

The initial case management conference previously was continued from December 28, 2010 to January 18, 2011 due to the court's unavailability and because there was no indication at that time that any defendant had been served.

The record now indicates that two defendants reportedly have been served. However, none have appeared. Additionally, plaintiff has not filed a Case Management Statement as required by Civil Local Rule 16-9. Moreover, this case has been assigned to a Magistrate Judge. And, although the court sent her a reminder, plaintiff has not yet either consented or declined to proceed before a United States Magistrate Judge.[1]

---

[1] Plaintiff should obtain a copy of the court's Handbook for Litigants Without a Lawyer (available at the Clerk's Office and on the court's website at www.cand.uscourts.gov). She may also wish to avail herself of services available at the

(left margin: **United States District Court** / For the Northern District of California)

1 Accordingly, the initial case management conference is **continued to February 22,**
2 **2011, 1:30 p.m. in Courtroom 2**. The parties shall file a Joint Case Management Statement no
3 later than **February 15, 2011**. Failure to timely file that statement (or a separate statement if
4 the opposing part(ies) fail(s) to participate in preparation of a statement) may result in sanctions
5 and, possibly, an order to show cause why the case should not be dismissed (or default entered
6 if it is the defendant who fails to file a statement) for failure to prosecute (or defend) the action.

7 Additionally, **no later than February 15, 2011**, all parties shall file either (1) a Consent
8 to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a
9 Magistrate Judge and Request for Reassignment to a United States District Judge. The forms
10 are available from the Clerk of the Court and on the court's website at www.cand.uscourts.gov.

11 SO ORDERED.

12 Dated: January 14, 2011

13
14 _____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

Federal Legal Assistance Self-Help Center at the San Jose Courthouse.

1  5:10-cv-04678-HRL

2  Linda Poda
   2068 Swensen Court
3  San Jose, CA 95131

4        Pro Se Plaintiff

**United States District Court**
For the Northern District of California